JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BAXCO PHARMACEUTICAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBINSON PHARMA, INC., a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:15-cv-01657-JLS-KESx<br><br>The Hon. Josephine L. Staton<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Parties' Stipulation of Dismissal, and finding good cause, the Court hereby ORDERS that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims herein are dismissed with prejudice, each side to bear its own costs and attorneys' fees.

2. The Court retains jurisdiction to enforce the terms of the settlement between the parties.

IT IS SO ORDERED.

DATED: February 16, 2016

JOSEPHINE L. STATON
The Honorable Josephine L. Staton
United States District Court Judge